1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SEAN CHAPDELAINE, | No.  1:23-cv-01396 GSA (PC) |
| 12  Plaintiff, | |
| 13  v. | ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE |
| 14  INSTITUTIONAL SERGEANT OF R&R, et al., | DISMISSED |
| 15  Defendants. | PLAINTIFF'S SHOWING OF CAUSE DUE **NOVEMBER 13, 2023** |
| 16 | |

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  For the reasons stated below, Plaintiff will be

21  ordered to show cause why this case should not be dismissed for failure to obey a court order.

22        I.    RELEVANT FACTS

23        Plaintiff's complaint was docketed on September 25, 2023.  ECF No. 1.  The same day,

24  Plaintiff was sent prisoner new case documents and the Court's consent or decline order.  In

25  addition, on October 4, 2023, Plaintiff was ordered either to submit an application to proceed in

26  forma pauperis or to pay the filing fee.  ECF No .3.

27        On October 10, 2023, the new case documents and the consent order were returned to the

28  Court as undeliverable.  On October 11, 2023, a change of address filed by Plaintiff was

                                        1

1  docketed.  ECF No. 4.  The same day, Plaintiff was resent the new case documents and the order

2  directing him either to file an application to proceed in forma pauperis or to pay the filing fee.

3      On October 17, 2023, the Court's order directing Plaintiff either to file an application to

4  proceed in forma pauperis or to pay the filing fee was returned to it as "Undeliverable, RTS,

5  Refused, Unable to Forward, Not Located at VSP."  Shortly thereafter, on October 23, 2023, the

6  new case documents and consent order were returned to the Court as "Undeliverable, Inactive

7  Offender, Return to Sender."  To date, Plaintiff has not responded to the Court's orders.

8      II.    <u>DISCUSSION</u>

9      "Although we construe pleadings liberally in their favor, pro se litigants are bound by the

10  rules of procedure."  <u>Ghazali v. Moran</u>, 46 F.3d 52, 54 (9th Cir. 1995) (citation omitted).  They

11  are subject to the same rules as those who are represented by attorneys, and they are not to be

12  treated more favorably than parties with attorneys of record.  <u>See</u> L.R. 183(a); <u>see</u> <u>also</u> <u>Jacobsen</u>

13  <u>v. Filler</u>, 790 F.2d 1362, 1364 (9th Cir. 1986).  As a result, a pro se litigant's failure to comply

14  with the Federal and Local Rules as well as all other applicable law may be grounds for dismissal

15  or any other sanction.  <u>See</u> L.R. 183(a).

16      In this case, Plaintiff has been ordered to return the Court's consent form and to either file

17  an in form pauperis application or to pay the filing fee.  The orders have been sent on him twice –

18  once in September 2023 (<u>see</u> ECF Nos. 2, 3) and once this month (<u>see</u> October 11, 2023 docket

19  entry indicating re-service of Court orders by mail).

20      To date Plaintiff has not responded to either order.  As a result he has failed to follow

21  court rules, and he has failed to comply with the Court's orders.  Therefore, he will be ordered to

22  show cause why this matter should not be dismissed for failure to obey court orders.  <u>See</u> Fed. R.

23  Civ. P. 41(b); L.R. 110.

24      Accordingly, IT IS HEREBY ORDERED that:

25      1.  The Clerk of Court shall send Plaintiff new copies of the Court's consent or decline

26  order and its application to proceed in forma pauperis;

27      2.  Plaintiff is ordered to SHOW CAUSE why this matter should not be dismissed for

28  failure to obey a court order;

1     3.   Plaintiff's showing of cause shall be filed by **November 13, 2023**, and

2     4.   Plaintiff's showing of cause may be discharged by filing his consent or decline form

3   with the Court <u>and</u> either filing a completed application to proceed in forma pauperis or paying

4   the filing fee in full by **November 13, 2023**.

5

6

7   IT IS SO ORDERED.

8       Dated:   __**October 27, 2023**__                       _____ **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28