UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CHAPDELAINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTIONAL SERGEANT OF R&R, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01396 GSA (PC)<br><br>ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO VERIFY NOTICE OF DEATH OF PLAINTIFF<br><br>(**ECF No. 6 – SEALED EVENT**)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SERVE A COPY OF THIS ORDER ON THE OFFICE OF THE ATTORNEY GENERAL AND ON THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>ORDER DIRECTING THE CLERK OF COURT TO MAIL A COPY OF THIS ORDER TO THE AUTHOR OF THE SEALED EVENT AT ECF NO. 6<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S VERIFICATION OF DEATH OF PLAINTIFF DUE **DECEMBER 29, 2023** |

On September 25, 2023, Plaintiff's complaint, which seeks relief pursuant to 42 U.S.C. § 1983 was docketed. ECF No. 1. At that time, Plaintiff was an inmate at Valley State Prison in Chowchilla, California. Id. at 2. The matter was then referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

1

On December 14, 2023, a letter was sent to the Court (ECF No. 6 (sealed event)), which advised the Court that P is deceased. For the reasons stated below, the California Department of Corrections and Rehabilitation ("CDCR") will be ordered to inform the Court whether Plaintiff has expired. In addition, the Clerk of Court will be ordered to serve copies of this order on CDCR and on the Office of the Attorney General. Finally, the Clerk of Court will be ordered to mail a copy of this order to the person who has notified the Court of Plaintiff's death.

## I.   SEALED EVENT

The letter sent to the Court, which has been filed under seal, asserts, in relevant part, that Plaintiff is now deceased. The letter also appears to request that a successor-in-interest be appointed to this matter and that the Court assist with retrieving Plaintiff's personal effects from Correctional Training Facility, where Plaintiff was last housed. See ECF No. 4 (Court update of address).

## II.   DISCUSSION

With respect to the request that Plaintiff's case be kept open so that it may continue to be litigated, for various legal reasons, the Court is unable to do this. As a result, upon formal verification from the CDCR that Plaintiff has expired, this matter will be closed.

In addition, the Court is unable to assist with the retrieval of Plaintiff's personal effects. It is also unable to provide legal advice in the cases that come before it.

Finally, given that neither the fee nor screening issues were resolved prior to Plaintiff's presumed passing, neither the CDCR, nor the Office of the Attorney General have been noticed by the Court that a complaint in this matter has been docketed. Therefore, in addition to mailing a copy of this order to the author of the above reference letter, the Clerk of Court will be ordered to serve copies of this order on each of the above two mentioned government entities.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall:

    a. SERVE a copy of this order on the appropriate Civil Division supervisor at the Office of the Attorney General in this District;

      b.  SERVE a copy of this order on the California Department of Corrections and Rehabilitation, and

      c.  MAIL a copy of this order to the author of the above referenced letter (ECF No. 6) (sealed event) at the address provided therein.  See id. at 2, and

  2.  The California Department of Corrections and Rehabilitation shall respond to the Court by **December 29, 2023**, and if true, also provide official confirmation of Plaintiff's death.

IT IS SO ORDERED.

Dated:   **December 14, 2023**                              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE