1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN CHAPDELAINE,                     No.  1:23-cv-01396-KES-GSA (PC)

12              Plaintiff,

13       v.                                ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
14   INSTITUTIONAL SERGEANT OF R&R,
     et al.,                               (Doc. 10)
15
              Defendants.
16

17

18         Plaintiff Sean Chapdelaine, a former state prisoner proceeding *pro se*, filed this civil rights

19   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20   magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  However, plaintiff

21   passed away after this action was filed, but before the filing fee was paid or an application to

22   proceed in forma pauperis was filed, and before the case was screened pursuant to 28 U.S.C.

23   § 1915A(a).  (Doc. 8.)

24         On March 6, 2024, the assigned magistrate judge issued findings and recommendations

25   recommending that this matter be summarily dismissed for lack of jurisdiction.  (Doc. 10 at 3-4.)

26   In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo

27   review of the case.  After carefully reviewing the file, the court concludes that the findings and

28   recommendations are supported by the record and proper analysis.

                                           1

1    Accordingly:

2        1.  The findings and recommendations issued March 6, 2024 (Doc. 10), are adopted in

3            full;

4        2.  This case is dismissed; and

5        3.  The Clerk of Court is directed to close this case.

6

7

8    IT IS SO ORDERED.

9    Dated:    October 11, 2024    _____
                                    UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28